UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF GEORGIA
ATLANTA

| | |
|---|---|
| KRITZIA GOMEZ,<br><br>    Plaintiff,<br><br>v.<br><br>FLEETCOR TECHNOLOGIES OPERATING COMPANY, LLC,<br><br>    Defendant. | Civil Action No. 1:17-CV-00920-SCJ |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Kritzia Gomez and Defendant, FleetCor Technologies Operating Company, LLC hereby jointly provide notice to the Court that the parties have reached terms of a proposed settlement of this action. The parties will prepare and file a motion with the Court seeking approval of the settlement within thirty (30) days.

The parties hereby stipulate to suspend the current deadlines. In the event settlement is not approved by the Court and as otherwise necessary, the parties will submit a motion for status conference with the Court to reset the deadlines.

Respectfully submitted,

/s/ William S. Cleveland
William S. Cleveland
POOLE HUFFMAN, LLC
315 W. Ponce de Leon Ave.
Suite 344
Decatur, GA 30030
Telephone: (404) 373-4008
William@poolehuffman.com

*Attorney for Plaintiff*

/s/ Michael B. Victorian
Susan W. Furr (*admitted pro hac vice*)
LA Bar Roll No. 19582
Michael B. Victorian (*admitted pro hac vice*)
LA Bar Roll No. 36065
PHELPS DUNBAR LLP
400 Convention Street, Suite 1100
P.O. Box 4412
Baton Rouge, LA 70821
Telephone: (225) 346-0285
Facsimile:  (225) 381-9197
Email: Susie.Furr@phelps.com
         Michael.Victorian@phelps.com

-and-

James J. Swartz, Jr.
Ga. Bar No. 694319)
Teeka K. Harrison
Ga. Bar No. 543115
POLSINELLI PC
1201 West Peachtree Street, N.W.,
Suite 1100
Atlanta, GA 30309
Telephone: (404) 253-6000
Facsimile: (404) 253-6060
Email: tharrison@polsinelli.com
         jswartz@polsinelli.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF GEORGIA
ATLANTA

| | |
|---|---|
| KRITZIA GOMEZ,<br><br>    **Plaintiff,**<br><br>v.<br><br>**FLEETCOR TECHNOLOGIES OPERATING COMPANY, LLC,**<br><br>    **Defendant.** | Civil Action No. 1:17-CV-00920-SCJ |

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notice to the following counsel of record:

William S. Cleveland
POOLE HUFFMAN, LLC
315 W. Ponce de Leon Ave.
Suite 344
Decatur, GA 30030
Telephone: (404) 373-4008

                                                  /s/ Michael B. Victorian